IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENZIL LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-317 NJR-GCS |
| ) | |
| GREGORY SCOTT. et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW COUNSEL

NOW COME Defendants, JARRETT BROOKS, SHIRLEY FORCUM, JOSEPH HARPER, MELISSA MILLER, WILLIAM MILLER, GREGORY SCOTT, MICHAEL SIEGGRIED, BARRY SMOOT, and BRUCE WILLIAMS, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for their Motion to Withdraw Counsel, state as follows:

1. Assistant Attorney General Kyrstin Beasley is no longer assigned to this matter.

2. It is requested that Assistant Attorney General Kyrstin Beasley be removed from the Court's service list as counsel for Defendants.

WHEREFORE, Defendants respectfully request that this honorable Court allow the withdraw of Assistant Attorney General Kyrstin Beasley and that Assistant Attorney General Kyrstin Beasley be terminated and removed from the service list as counsel for Defendants.

Respectfully submitted,

JARRETT BROOKS, SHIRLEY FORCUM,
JOSEPH HARPER, MELISSA MILLER,
WILLIAM MILLER, GREGORY SCOTT,
MICHAEL SIEGGRIED, BARRY SMOOT,
and BRUCE WILLIAMS,

Defendants,

| | |
|---|---|
| Kyrstin Beasley #6323618 | KWAME RAOUL, Attorney General |
| Assistant Attorney General | State of Illinois, |
| Metro East Office | |
| 201 West Pointe Dr., Suite 7 | Attorney for Defendants, |
| (618) 236-8781 Phone | |
| Email: Kyrstin.beasley@ilag.gov | By:   s/Kyrstin Beasley |
| | Kyrstin Beasley #6323618 |
| | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENZIL LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-317 NJR-GCS |
| | ) |
| GREGORY SCOTT. et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 24, 2022, the foregoing document, ***Motion to Withdraw***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Brian Konkel      bkonkel@dugganbertsch.com

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

    Respectfully submitted,

    s/Kyrstin Beasley
    Kyrstin Beasley #6323618
    Assistant Attorney General
    Metro East Office
    201 West Pointe Drive, Suite 7
    Belleville, IL  62226
    Telephone:  (618) 236-8781
    Facsimile:  (618) 236-8620
    Email: Kyrstin.beasley@ilag.gov